# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY PERFORMING ARTS CENTER,** *Plaintiff*, v. **ZMAN TIME PRODUCTIONS, INC., et al.,** *Defendants*. | Civil Action No. 17-2901<br><br>**ORDER** |

**THIS MATTER** having been opened by the Court upon the filing of Plaintiff New Jersey Performing Arts Center's ("NJPAC") Amended Complaint on February 13, 2018, ECF No. 30; and it appearing that the Honorable Leda Dunn Wettre issued a Report and Recommendation dated February 9, 2018, in which Judge Wettre recommended that this matter be remanded for lack of subject matter jurisdiction upon Plaintiff's filing of the Amended Complaint, ECF No. 29;

and it appearing that neither Defendants nor Plaintiff have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 16th day of March, 2018;

**ORDERED** that Judge Wettre's Report and Recommendation dated April 13, 2016, is **ADOPTED**; and it is further

**ORDERED** that this case is remanded to state court for lack of federal subject matter jurisdiction.

*/s Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**